IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LISA DEOSARAN and<br>RAYMOND GOODWIN,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ACE CASH EXPRESS, INC.,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 4:16-cv-00919-O-BP<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

　　The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

　　Accordingly, it is **ORDERED** that the Defendant's Motion to Compel Arbitration and to Dismiss Action (ECF No. 20) is **GRANTED** as to Plaintiff Raymond Goodwin's claims and **DENIED** as to Plaintiff Lisa Deosaran's claims. It is **ORDERED** that Plaintiff Raymond Goodwin's claims are **DISMISSED WITH PREJUDICE** in favor of binding arbitration, and all further proceedings concerning Plaintiff Lisa Deosaran are **STAYED** pending the arbitration of Goodwin's claims. Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF No. 17) is **DENIED** as moot. The Clerk is **directed** to administratively close the case and the Plaintiff

Lisa Deosaran and Defendant shall file a motion to reopen the case, if necessary, following the conclusion of the Goodwin arbitration.

    **SO ORDERED** on this 7th day of April, 2017.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**