# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LISA DEOSARAN § | |
| **Plaintiff,** § | |
| § | **Civil Action No.** 4:16-cv-00919-O |
| v. § | |
| § | |
| ACE CASH EXPRESS, INC § | |
| **Defendant.** § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Monica F. Ramirez* | */s/ Amy L. Bennecoff Ginsburg* |
| Monica F. Ramirez | Amy L. Bennecoff Ginsburg, Esq. |
| Clark Hill Strasburger | Kimmel & Silverman, P.C. |
| 901 Main Street, Suite 6000 | 30 East Butler Pike |
| Dallas, TX 75202 | Ambler, PA 19002 |
| 469-287-3951 | Phone: (215) 540-8888 |
| Fax: 469-227-6560 | Fax: 1 (877) 600-2112 |
| monica.ramirez@clarkhillstrasburger.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: January 17, 2019 | Date: January 17, 2019 |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 17th day of January, 2019 on all counsel of record.

>/s/ *Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: 1 (877) 600-2112
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff